RECEIVED

FEB 03 2006

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA

**Form to be used by a prisoner filing a civil rights complaint under
THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983**

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA

_Jamie Edelkind_

**Full Name of Plaintiff, Prisoner Number**

VS.

_Captain, Champagne_
_Sheriff, Michael Neustrom_

**Full Name of Defendant**

_6:05 CV 2176_   **Sec.P**

**Civil Action**

_Haik_

**Judge**

_Methvin_

**Magistrate Judge**

### COMPLAINT

I.   **Previous Lawsuits**

A.   Have you begun any other lawsuit while incarcerated or detained in any facility?
Yes __✓__   No _____

B.   If your answer to the preceding question is yes, provide the following information.

1.   State the court(s) where each lawsuit was filed (if federal, identify the District; if state court, identify the county or parish):

_An original action in The U.S. Supreme court_

2.   Name the parties to the previous lawsuit(s):

Plaintiffs:  _Jamie Edelkind_

Defendants:  _____

3.   Docket number(s):  _Unavailable_

4.   Date(s) on which each lawsuit was filed:  _____

5.   Disposition and date thereof [For example, was the case dismissed and when? Was it appealed and by whom (plaintiff or defendant)? Is the case still pending?]:

_I do not know, I have been prevented from communicating with the court_

C. Have you filed any lawsuit or appeal in any federal district court or appeals court which has been dismissed?
Yes _____     No _✓_

If your answer to the preceding question is yes, state the court(s) which dismissed the case, the civil action number(s), and the reason for dismissal (e.g., frivolity, malice, failure to state a claim, defendants immune from relief sought, etc.).

_____

_____

## II.   A.   Name of institution and address of current place of confinement:

_L.P.C.C,   Lafayette Parish Correctional Center_

B.   Is there a prison grievance procedure in this institution?
Yes _✓_     No _✗_

1.   Did you file an administrative grievance based upon the same facts which form the basis of this lawsuit?
Yes _✓_     No _____
If Yes, what is the Administrative Remedy Procedure  number? _N/A_

2.   If you did not file an administrative grievance, explain why you have not done so.

_____

_____

3.   If you filed an administrative grievance, answer the following question.
What specific steps of the prison procedure did you take and what was the result? (For example, for state prisoners in the custody of the Department of Public Safety and Corrections: did you appeal any adverse decision through to Step 3 of the administrative grievance procedure by appealing to the Secretary of the Louisiana Department of Public Safety and Corrections? For federal prisoners: did you appeal any adverse decision from the warden to the Regional Director for the Federal Bureau of Prisons, or did you make a claim under the Federal Tort Claims Act?)

_The administration has failed to respond to_

_any requests for resolution. Also, since I have filed this suit_
Attach a copy of each prison response and/or decision rendered in the administrative
proceeding.   _I had a meeting with the warden who admitted his_
_failure to address my issues and said that "We are not_
## III.   Parties to Current Lawsuit:   _renewing our contract, for with the fed's)so it doesn't_
_matter any way."_

A. Name of Plaintiff _Jamie Edelkind_

Address _P.O. Box 2537, Lafayette Parish Correctional center_
_Lafayette, La 70502_

B. Defendant, _Captain Champagne_____, is employed as

_Warden_____ at _Lafayette Parish correctional center_

Defendant, _Michael Neustrom_____, is employed as

_Sheriff_____ at _Lafayette Sheriff Dept._

Defendant, _____, is employed as

_____ at _____

Additional defendants _____

_____

## IV. Statement of Claim

State the **FACTS** of your case. Specifically describe the involvement and actions of each named defendant. Include the names of all persons involved in the incident(s) or condition(s) giving rise to this lawsuit, and the dates upon which and the places where the incident(s) and/or condition(s) occurred. **YOU ARE REQUIRED TO SET FORTH ONLY FACTUAL ALLEGATIONS. YOU ARE NOT REQUIRED TO SET FORTH LEGAL THEORIES OR ARGUMENTS.**

The institution in which I am incarcerated, is failing to
provide me constitutionally appropriate accomodations. They
prevent me from having access to the courts, as well as
systematically insuring my inability to prepare a defense to
my charges by denying me library access, or similar resources.
Further, I am denied my rights under the RLUPIA. They
failed to provide a religious diet or religious observances without
fear of punishment or reprisal. The institution has failed to meet
minimum standards of care and custody. Both in housing, clothing and
nutrition. Further, despite rules to the contrary, they are endangering my health by
failing to provide a smoke free environment.

_____

_____

_____

## V.  Relief

State exactly what you want the court to provide to you or do for you. Make no legal arguments. Cite no cases or statutes.

1. Order me removed to an institution That can hold me in a constitutionally compliant manner

2. Sanction the Defendants with appropriate action including Monetary fines, Closures

## VI.  Plaintiff's Declaration

A.  I understand that if I am transferred or released, I must apprise the Court of my address, and my failure to do so may result in this complaint being dismissed.

B.  I understand that I may not proceed without prepayment of costs if I have filed three lawsuits and/or appeals that were dismissed on grounds that the action and/or appeal was frivolous or malicious, or failed to state a claim upon which relief may be granted, unless I am in imminent danger of serious physical injury.

Signed this _12th_ day of _January_ , _2006_

_11866037 (BoP)_

Prisoner no. (Louisiana Department of     Signature of Plaintiff
Corrections or Federal Bureau of Prisons)

4/03

Jamie Edelkind
05-11367
ppcc
Pob 2537
Lafayette, La 70502

THIS ENVELOPE IS RECYCLABLE AND MADE
WITH 30% POST CONSUMER CONTENT.

71101+3083-99  C020

Clerk of the U.S. District Ct
300 Fannin Street, Ste 1167
Shreveport LA 71101-3083.

