UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| JAMIE EDELKIND | CIVIL ACTION NO. 05-2176 |
| VS. | SECTION P |
| MICHAEL W. NEUSTROM, ET AL. | CHIEF JUDGE HAIK |
| | MAGISTRATE JUDGE METHVIN |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

<u>**MINUTE ENTRY**</u>

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

On March 6, 2006 plaintiff filed a Motion to Compel and Petition for Injunctive Relief in which he alleged that employees of the LPCC were interfering with his ability to prosecute the instant lawsuit by refusing to certify his *in forma pauperis* application. [Doc. 7]

On the same day, the court received a completed *in forma pauperis* application including the certification referred to by the plaintiff. [Doc. 8] Thereafter, on March 13, 2006, plaintiff was granted leave to proceed *in forma pauperis*. [Doc. 9] On March 14, 2006 plaintiff submitted a letter requesting an immediate hearing on his motion. [Doc. 10]

The LPCC staff completed the certification of plaintiff's *in forma pauperis* application; plaintiff has been granted leave to proceed *in forma pauperis*. Plaintiff's Motion to Compel and Petition for Injunctive Relief [Doc. 7] and his request for an immediate hearing on the motion [Doc. 10] now appear to be moot and therefore the request for an expedited hearing is **DENIED**.

On March 22, 2006, the undersigned completed an initial review of the complaint and ordered plaintiff to amend to provide additional information. [Doc. 11] Any remaining issues, including the determination of whether a hearing will ultimately be necessary, will be considered once plaintiff has complied with the March 22, 2006 Memorandum Order. [Doc. 11]

    Signed at Lafayette, Louisiana, on March 23, 2006.

Mildred E. Methvin
United States Magistrate Judge
800 Lafayette St., Suite 3500
Lafayette, Louisiana 70501
(337) 593-5140 (phone) 593-5155 (fax)